UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.:  05-147 (MJD/RLE)

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

(1) DAVID BOWER,

    Defendant.

Defendant Bower has filed a waiver of speedy trial in this case.  The government has filed no objections.  Therefore, the Court will grant the waiver of speedy trial.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED**, that:

    1.    Defendant Bower's waiver of speedy trial [docket # 51] is **GRANTED**;

    2.    The time between December 29, 2005, and February 13, 2006, shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(8)(A).  The ends of justice will be served by continuing the trial date.  This finding is based upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

Dated: December 12, 2006

                                        s/ Michael J. Davis
                                        MICHAEL J. DAVIS
                                        United States District Court Judge